UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL No. 3:03CR274(CFD) |
| v. | : | |
| ANDUZE ALEXANDER | : | July 19, 2004 |

### APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

July 19, 2004
Date

Signature

Peter A. Clark, AUSA
Print Name

CT-07218
Federal Bar Number

U.S. Attorney's Office, 157 Church Street
Address

New Haven,   CT         06510
City          State        Zip

(203) 821-3700
Phone Number

**CERTIFICATION**

This is to certify that a copy of the within and foregoing was delivered by First Class mail this 19th day of July, 2004 to the following counsel of record:

No counsel of record at this time

_____
PETER A. CLARK
ASSISTANT U.S. ATTORNEY