

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK

MICHAEL N. MILBY
CLERK

POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

DATE:    November 29, 2004

*FILED 2004 DEC -6 P 2:44 U.S. DISTRICT COURT NEW HAVEN, CT*

To:    Clerk, U. S. District Court
District of Connecticut
Richard C. Lee United States Courthouse
141 Church Street
New Haven, CT 06510

From:    M. Lerma, Deputy Clerk

Re:    Case No. CR H-04-957M

Your Case No. 03-274(CFD)

U.S.A. vs Aduze Alexander

Enclosed please find all papers pursuant to Rule 40 of the Federal Rules of Criminal Procedure:

[x]    File (including minutes, orders, etc.)

[ ]    Bonds (any cash deposited in the Registry will be forwarded under separate cover)

[ ]    Passports

[ ]    Other: Govt's Response to Deft's Motion for Release of Property

[ x ]    Please sign and return a copy of this form in the enclosed envelope.

Rec'd By: _____

Date: _____

cc:    Finance Section (if cash deposited in the Registry)



# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK

MICHAEL N. MILBY  
CLERK

POST OFFICE BOX 61010  
HOUSTON, TEXAS 77208

DATE:    November 29, 2004

To:    Clerk, U. S. District Court  
District of Connecticut  
Richard C. Lee United States Courthouse  
141 Church Street  
New Haven, CT 06510

From:    M. Lerma, Deputy Clerk

Re:    Case No. CR H-04-957M

Your Case No. 03-274(CFD)

U.S.A. vs Aduze Alexander

FILED 2004 DEC -6 P 2: 44 U.S. DISTRICT COURT NEW HAVEN, CT

Enclosed please find all papers pursuant to Rule 40 of the Federal Rules of Criminal Procedure:

[x]    File (including minutes, orders, etc.)

[ ]    Bonds (any cash deposited in the Registry will be forwarded under separate cover)

[]    Passports

[]    Other: Govt's Response to Deft's Motion for Release of Property

[ x ]    Please sign and return a copy of this form in the enclosed envelope.

Rec'd By: _____

Date: _____

cc:    Finance Section (if cash deposited in the Registry)

CLOSED

# U.S. District Court
## Southern District of Texas (Houston)
### CRIMINAL DOCKET FOR CASE #: 4:04-mj-00957-ALL
### Internal Use Only

Case title: USA v. Alexander

Date Filed: 11/09/2004

Assigned to: Magistrate Judge Frances H Stacy

**Defendant**

**Anduze Alexander** (1)
*TERMINATED: 11/29/2004*

represented by **Anduze Alexander**
In Custody
PRO SE

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
None

**Disposition**

**Plaintiff**
USA

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2004 | 1 | Copy of Indictment fromt he District of Connecticut as to Anduze Alexander: , filed. (mlerma, ) (Entered: 11/23/2004) |
| 11/09/2004 | 2 | Minute Entry for proceedings held before Judge Frances H |

https://ecf-d.txs.circ5.dcn/cgi-bin/DktRpt.pl?417895478582563-L_280_0-1

11/29/2004

|  |  | Stacy :INITIAL APPEARANCE as to Anduze Alexander,(Deft informed of rights) held on 11/9/2004 Appearances:M. Kusin AUSA.(ERO:Yes) Deft remanded to USM , filed.(mlerma, ) (Entered: 11/23/2004) |
|---|---|---|
| 11/09/2004 | 3 | Sealed Document as to Anduze Alexander, filed.(mlerma, ) (Entered: 11/23/2004) |
| 11/09/2004 | 4 | ORDER OF TEMPORARY Detention as to Anduze Alexander; to be committed to the custody of the United States Marshal ( Signed by Judge Frances H Stacy ). Parties notified. (mlerma, ) (Entered: 11/23/2004) |
| 11/12/2004 | 5 | Minute Entry for proceedings held before Judge Frances H Stacy :DETENTION HEARING as to Anduze Alexander held on 11/12/2004 Appearances:T. Braley AUSA.E. O'Suiji(ERO:Yes) Deft remanded to USM , filed.(mlerma, ) (Entered: 11/23/2004) |
| 11/12/2004 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Anduze Alexander, filed. (mlerma, ) (Entered: 11/23/2004) |
| 11/29/2004 | 7 | RULE 5 Papers sent to District of Connecticut New Haven Division as to Anduze Alexander, filed.(mlerma, ) (Entered: 11/29/2004) |
| 11/29/2004 |  | ***Case Terminated as to Anduze Alexander (mlerma, ) (Entered: 11/29/2004) |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _Texas_

UNITED STATES OF AMERICA

v.

_Andy's Alexander_
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: CR-H-04-957M

CHARGING DISTRICTS
CASE NUMBER: 03-274

I understand that charges are pending in the _____ District of _Connecticut_

alleging violation of _____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

11/12/04
Date

_____
Defense Counsel

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
Deputy Clerk

TX/SD/JS-35 (1/1/94)

COURTROOM MINUTES: ☐ INITIAL APPEARANCE ☑ IDENTITY
☐ BOND HEARING ☐ PRELIMINARY HEARING
☑ DETENTION HEARING
☐ COUNSEL DETERMINATION HEARING
☐ HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
11/12/04 /s/

MICHAEL N. MILBY, Clerk

THE HONORABLE FRANCES H. STACY Presiding
Deputy Clerk: Beverly White
☑ ERO/Tape No: _____ CTRM # 702 Start ___ End ___
USPO ☐ PTSO ☑ J. Jones ☑ Deft ☐ MW - ☐ does ☑ does not need an interpreter.
INTERPRETER PRESENT: ☑ No ☐ Yes, Name: _____

OPEN: 10:58 ADJOURN: 11:09
RECESS FROM: ___ TO: ___
Additional Tape No. ___ Start ___ End ___
☐ Other District ☐ Division
Dist of Conn. Case No. 03-274
New Haven

CR H-04-957M DEFT No. ___ USDJ ___
UNITED STATES OF AMERICA
vs
Ardyne Alexander

§
§
§
§
§
§
§

Tim Braley, AUSA
☐ kgaddatty.

Edward O Suiyi

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- kars..... Date of arrest: _____ or ☐ karsr40
- kia..... Deft first appearance. Deft advised of rights/charges ☐ Probation violator ☐ Pretrial Release Violator
- kcnsl.... Deft first appearance with counsel.
- ....... ☑ Deft ☐ MW ☐ _____ appeared ☑ with ☐ without counsel.
- ....... Requests appointed counsel.
- kfinaff... FINANCIAL AFFIDAVIT executed.
- koapptpd.. Order appointing Federal Public Defender.
- k20appt... Private Counsel appointed, _____
- ....... Deft advises he will retain counsel. He retained _____
- ☑ ko.(bnd.). Bond ☑ set ☐ reduced to $ 25,000.00 ☑ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured.
- ....... Bond ☐ revoked ☐ reinstated     2,500.00
- ....... Surety signatures required _____, _____.
- kodtn.... No bond set at this time, 10 day DETENTION ORDER entered.
- kodtn.... ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- kodtn.... ORDER OF DETENTION PENDING TRIAL entered.
- ☑ kocondrls.. Deft advised of conditions of release.
- kbnd..... BOND EXECUTED, ☐ Deft ☐ MW released ( ☐ State Authorities, ☐ INS )
- kloc.(LC) ☐ Deft ☐ MW REMANDED to CUSTODY.
- ko...... Deft ORDERED REMOVED to Originating District.
- ☑ kwvprl... WAIVER of ☑ Preliminary ☐ kwvr40hrg.... Waiver of Rule 40 Hearing
- ☑ ....... Court finds PROBABLE CAUSE ☑ ID ☐ PC.
- karr.... Arraignment set _____ ☐ kdtnhrg. Detention Hearing set _____
- kprlxm... Preliminary set _____ ☐ kbndhrg. Bond Hearing set _____
- krmknn... Counsel Determination Hearing set _____
- krmvhrg.. Identity/Removal Hearing set _____
- ....... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)
- ....... See reverse for additional proceedings and attorneys addresses.

Deft to appear in Connecticut.

I CERTIFY
MILBY, CLERK
/s/

AO 470 (Rev. 8/85) Order of Temporary Detention

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
MICHAEL N. MILBY, CLERK
BY DEPUTY

# UNITED STATES DISTRICT COURT

_Southern_ District of _Texas_

UNITED STATES OF AMERICA

V.

_Andwye Alexander,_
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: CR-H-04-957M

Upon motion of the _United States Government_, it is ORDERED that a detention hearing is set for _11/12/04_ * at _10 a.m._
                                       Date                                    Time

before _FRANCES H. STACY_
                Name of Judicial Officer

_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
    Other Custodial Official

Date: _11/9/04_
                                                                            Judicial Officer

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
      Deputy Clerk

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 REV. 1/90

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. Alexander
FOR: S/D/TX
AT: Houston

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 11/9/04
MICHAEL N. MILBY, CLERK
DEPUTY

**PERSON REPRESENTED** (Show your full name): Anduze Alexander

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate:
District Court: CR-H-04-957M
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony
Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer:
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment. How much did you earn per month $
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE: [illegible]
DESCRIPTION:

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 4
List persons you actually support and your relationship to them:
Carol Duke
Madison Alexander
Brandon Duke
Michael Duke

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:
Creditors | Total Debt | Monthly Payt.

I certify the above to be correct.

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED): Andye Alexander   11/9/04

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

TX/SD/JS-35 (1/1/94)

COURTROOM MINUTES: ☑ INITIAL APPEARANCE ☐ IDENTITY
☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING
☑ COUNSEL DETERMINATION HEARING
☐ HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
11/9/04 bw
MICHAEL N. MILBY, Clerk

THE HONORABLE FRANCES H. STACY Presiding
Deputy Clerk: Beverly White
☑ ERO/Tape No: 2 various  CTRM # 702  Start____ End____
USPO ☐ PTSO ☑ G. Jones ☑ Deft ☐ MW - ☐ does ☑ does not need an interpreter.
INTERPRETER PRESENT: ☑ No ☐ Yes, Name: _____
Additional Tape No. ____ Start____ End____
☑ Other District ☐ Division
Dist of Conn, Case No. 03-274

OPEN: 10:48  ADJOURN: 10:56
RECESS FROM: ____ TO: ____

CR H-04-957 M  DEFT No. ____ USDJ ____
UNITED STATES OF AMERICA
vs
Ardyne Alexander

Michael Kusin, AUSA
☐ kgaddatty.

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- ☑ kars..... Date of arrest: ____ or ☐ karsr40
- ☐ kia..... Deft first appearance. Deft advised of rights/charges ☐ Probation violator ☐ Pretrial Release Violator
- ☐ kcnsl.... Deft first appearance with counsel.
- ☑ ...... ☑ Deft ☐ MW ☐ ____ appeared ☐ with ☑ without counsel.
- ☑ ...... Requests appointed counsel.
- ☑ kfinaff... FINANCIAL AFFIDAVIT executed.
- ☐ koapptpd.. Order appointing Federal Public Defender.
- ☑ k20appt.. Private Counsel appointed, Ed Osuji
- ☐ ...... Deft advises he will retain counsel. He retained ____
- ☐ ko.(bnd.). Bond ☐ set ☐ reduced to $____ ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured.
- ☐ ...... Bond ☐ revoked ☐ reinstated
- ☐ ...... Surety signatures required ____, ____
- ☐ kodtn.... No bond set at this time, 10 day DETENTION ORDER entered.
- ☑ kodtn.... ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- ☐ kodtn.... ORDER OF DETENTION PENDING TRIAL entered.
- ☐ kocondrls.. Deft advised of conditions of release.
- ☐ kbnd..... BOND EXECUTED, ☐ Deft ☐ MW released ( ☐ State Authorities, ☐ INS )
- ☑ kloc.(LC) ☑ Deft ☐ MW REMANDED to CUSTODY.
- ☐ ko...... Deft ORDERED REMOVED to Originating District.
- ☐ kwvprl... WAIVER of ☐ Preliminary ☐ kwvr40hrg.... Waiver of Rule 40 Hearing
- ☐ ...... Court finds PROBABLE CAUSE ☐ ID ☐ PC.
- ☐ karr..... Arraignment set ____ ☑ kdtnhrg. Detention Hearing set 11/12/04 10
- ☐ kprlxm... Preliminary set ____ ☐ kbndhrg. Bond Hearing set ____
- ☐ krmknn... Counsel Determination Hearing set ____
- ☑ krmvhrg.. Identity/Removal Hearing set 11/12/04 10.
- ☐ ...... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)
- ☐ ...... See reverse for additional proceedings and attorneys addresses.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Grand Jury N-03-1  SEP 25  4 45 PM '03

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:03CR274(CFD) |
| --- | --- | --- |
|  | : | NEW HAVEN, CONN. |
| v. | : | 18 U.S.C. § 371 [conspiracy] |
|  | : | 18 U.S.C. § 1029(a)(2) [access device fraud] |
| ANDUZE ALEXANDER | : | 18 U.S.C. § 2 [aiding and abetting] |

CAH-04-957M

## INDICTMENT

11-9-04 FHS

The Grand Jury charges that:

### COUNT ONE
(Conspiracy to Commit Access Device Fraud)

I. Background

1. At all times relevant to this Indictment, the defendant ANDUZE ALEXANDER possessed, maintained, and had access to one or more computers connected to the Internet and communicated online using the email addresses "buys00@hotmail.com" and "ppv_pirate@hotmail.com."

II. Object of the Conspiracy

2. From no later than in or about September 2001, and continuing through in or about August 2002, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendant ANDUZE ALEXANDER and others known and unknown to the Grand Jury (the "Conspirators") did knowingly and willfully conspire, combine, confederate, and agree to commit an offense against the United States -- to wit, to knowingly and with intent to defraud traffic in and use one or more unauthorized access devices (namely, credit card account numbers that had been obtained with intent to defraud); and by such conduct, from in or about September 2001 through in or about August 2002, to obtain something of value aggregating

$1,000 or more during that period; said trafficking and use affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2) and (c)(1)(A)(i).

### III. Manner and Means of the Conspiracy

3. It was a part of the conspiracy that the Conspirators would obtain credit card numbers for accounts that belonged to other persons; and, in doing so, the Conspirators acted without the account holders' permission and authorization, and acted with the intent to defraud.

4. It was further a part of the conspiracy that, using these unauthorized credit card account numbers, the Conspirators would fraudulently purchase goods and services from various online retailers, such as Bestbuy.com and Computers4sure.com. During the one-year period from September 2001 through August 2002, the aggregate value of such fraudulently purchased goods and services was equal to or greater than $1,000.

5. It was further a part of the conspiracy that the Conspirators would have their fraudulently purchased goods and services delivered to the defendant ANDUZE ALEXANDER at his residential and business addresses in Houston, Texas. The defendant ANDUZE ALEXANDER would then re-ship certain fraudulently purchased items to other Conspirators; and he would retain certain fraudulently purchased items for himself.

### IV. Overt Acts

6. In furtherance of the above conspiracy, and in order to effectuate the objects thereof, the defendant ANDUZE ALEXANDER and other Conspirators committed the following overt acts, among others, within the District of Connecticut and elsewhere:

    a. On or about September 13, 2001, the defendant ANDUZE ALEXANDER opened the email address "ppv_pirate@hotmail.com."

    b. On or about September 25, 2001, the defendant ANDUZE ALEXANDER

-2-

opened the email address "buys00@hotmail.com."

c. On or about November 11, 2001, one of the Conspirators fraudulently used a credit card account number belonging to Bryan Higgins to purchase goods from Computers4sure.com.

d. On or about January 22, 2002, one of the Conspirators fraudulently used a credit card account number belonging to Michael Popovic to purchase goods from Bestbuy.com.

e. On or about January 27, 2002, one of the Conspirators fraudulently used a credit card account number belonging to David Cress to purchase goods from Bestbuy.com.

f. On or about April 5, 2002, one of the Conspirators fraudulently used a credit card account number belonging to Jane Turbenson to purchase goods from Bestbuy.com.

g. On or about July 4, 2002, one of the Conspirators fraudulently used a credit card account number belonging to Brian Hurlbut to purchase goods from Computers4sure.com.

h. On or about July 9, 2002, one of the Conspirators fraudulently used a credit card account number belonging to Rita Shigeta to purchase goods from Computers4sure.com.

i. On or about July 25, 2002, one of the Conspirators fraudulently used a credit card account number belonging to Dennis Womack to purchase goods from Computers4sure.com.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
(Access Device Fraud)

From in or about September 2001 through in or about August 2002, in the District of Connecticut and elsewhere, the defendant ANDUZE ALEXANDER did knowingly and with intent to defraud traffic in and use one or more unauthorized access devices (namely, credit card

-3-