UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR274(CFD) |
| ANDUZE ALEXANDER | : | February 10, 2005 |

## MOTION TO AMEND CONDITION OF RELEASE

The defendant, Anduze Alexander, requests the Court to amend the conditions of his release to permit him to reside with his wife, Carol Alexander, at 3000 Woodland Park Drive, Apt. 1507, Houston, Texas. The current conditions require that he reside with his in-laws at 2003 Redway St., Houston, TX.

Assistant United States Attorney David A. Ring has no objection.

Respectfully submitted,

THE DEFENDANT,
ANDUZE ALEXANDER

Dated: February 10, 2005        /s/
Thomas G. Dennis
Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05100
(860) 493-6260

CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion To Amend Condition of Release has been mailed to David A. Ring, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, on this 10th day of February 2005.

/s/
Thomas G. Dennis

- 2 -

Case 3:03-cr-00274-CFD    Document 13    Filed 02/11/2005    Page 2 of 2