UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR274(CFD) |
| ANDUZE ALEXANDER | : | March 2, 2005 |

## MOTION TO CONTINUE JURY SELECTION

The defendant, Anduze Alexander, moves to continue jury selection, presently scheduled for March 9, 2005 to the date set for the selection of juries in May.

Counsel will be out of the District until March 14 and is scheduled to start a lengthy fraud trial in New Haven in April. Moreover, counsel has not had an adequate opportunity to fully investigate the facts involved in this prosecution.

AUSA David A. Ring has no objection. A Speedy Trial Waiver will be filed forthwith.

Respectfully submitted,

THE DEFENDANT,
ANDUZE ALEXANDER

Dated: March 2, 2005      /s/
Thomas G. Dennis
Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05100
(860) 493-6260

CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion to Continue Jury Selection has been mailed to David A. Ring, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 2nd day of March 2005.

/s/
Thomas G. Dennis

- 2 -