UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.3:03CR274(CFD) |
| ANDUZE ALEXANDER | : | |

## WAIVER OF SPEEDY TRIAL

The defendant, Anduze Alexander, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(h)(8)(A).

In support of this waiver, the defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this waiver, he will be giving up those rights accorded him by the Speedy Trial Act; and

He requests that the Court find the continuance to be in the best interest of the defendant, and that the ends of justice outweigh his interest and the public's interest in a Speedy Trial. He also requests that the Court exclude the period of delay until a date set for the selection of juries in May, 2005.


/s/_____        3/1/2005
Anduze Alexander                  Date


/s/_____        3/7/2005
Gary D. Weinberger for Thomas G. Dennis, Esq.    Date
Federal Defender
10 Columbus Blvd., Fl 6
Hartford, CT 06106
(860) 493-6260
Bar No. ct05100

- 2 -

CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Waiver of Speedy Trial has been mailed to David A. Ring, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, on this 7th day of March 2005.

/s/
Gary D. Weinberger