UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Criminal No. 3:03CT274(CFD) |
| v. | |
| ANDUZE ALEXANDER | April 27, 2005 |

**CONSENT MOTION TO CONTINUE JURY SELECTION**

The United States respectfully requests a one-month enlargement of time for jury selection. In support of this motion, the undersigned represents as follows:

1. The defendant has been released on bond living and is living in Texas.

2. The defendant is on probation in Texas in connection with an unrelated case.

3. The defendant has been unable to travel to Connecticut to meet with his counsel to discuss a possible resolution of this matter because the defendant's Texas probation officer has heretofore refused to allow him to travel.

4. Defense counsel has represented that the defendant will be assigned a different probation officer, and counsel is hopeful that the new officer will allow the defendant to travel to Connecticut.

5. Jury selection is presently scheduled for May 18, 2005.

6. Because of the circumstances discussed above, additional time is necessary for the parties to determine whether this case can be resolved by plea agreement.

7. Defense counsel consents to the present motion.

Wherefore the United States requests that the Court continue jury selection for approximately thirty days.

          Respectfully submitted,

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY

          /s/
          DAVID A. RING
          ASSISTANT U. S. ATTORNEY
          157 Church Street
          P.O. Box 1824
          New Haven, Connecticut   06510
          (203) 821-3700
          Federal Bar No. CT14362

## CERTIFICATION OF SERVICE

This is to certify that the within and foregoing has been sent via first-class mail this 27th day of April 2005, to:

Thomas Dennis, Esq.
Federal Public Defender
District of Connecticut
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106

          _____/s/_____
          DAVID A. RING
          ASSISTANT UNITED STATES ATTORNEY