UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

UNITED STATES OF AMERICA

v.

ANDUZE ALEXANDER

Criminal No. 3:03CR274(CFD)

2005 APR 28  P 1: 29

April 27, 2005

### CONSENT MOTION TO CONTINUE JURY SELECTION

The United States respectfully requests a one-month enlargement of time for jury selection. In support of this motion, the undersigned represents as follows:

1.  The defendant has been released on bond living and is living in Texas.

2.  The defendant is on probation in Texas in connection with an unrelated case.

3.  The defendant has been unable to travel to Connecticut to meet with his counsel to discuss a possible resolution of this matter because the defendant's Texas probation officer has heretofore refused to allow him to travel.

4.  Defense counsel has represented that the defendant will be assigned a different probation officer, and counsel is hopeful that the new officer will allow the defendant to travel to Connecticut.

5.  Jury selection is presently scheduled for May 18, 2005.

6.  Because of the circumstances discussed above, additional time is necessary for the parties to determine whether this case can be resolved by plea agreement.

7.  Defense counsel consents to the present motion.

GRANTED, subject to the receipt of defendant's speedy trial waiver within one week of this order. The Court hereby excludes the period of time from May 18, 2005 through June 15, 2005, for the reason that the ends of justice served by excluding this period outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A). The Court finds that additional time is needed to allow the parties reasonable time necessary for effective preparation and consideration of a resolution of the case. See 18 U.S.C. § 3161(h)(8)(B)(i)(iv). So Ordered. Jury selection will be held June 15, 2005 at 9:00 a.m.

Christopher F. Droney
United States District Judge
05/17/05