UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 3:03CT274(CFD) |
| ANDUZE ALEXANDER | May 19, 2005 |

### MOTION FOR STATUS CONFERENCE

The United States herein requests that the Court order a status conference in this matter, to determine the state of the defendant's legal representation. In support of this motion, the undersigned represents as follows:

1.  The defendant is presently represented by Attorney Thomas Dennis of the Federal Public Defender's Office, who was court-appointed.

2.  Attorney Dennis has been contacted by Attorney Chuckwu Oko, of Houston, Texas, who apparently intends to enter an appearance in this matter.

3.  Attorney Dennis apparently received a copy of a motion by Attorney Oko to file an appearance in this matter, but no such motion has been received by the United States. Nor has any such motion been filed by the Clerk's Office (as of this date).

4.  Attorney Oko does not appear to be a member of the local bar, nor does he appear to be working with local counsel.

5.  On May 17, 2005, the Court granted the United States' Consent Motion to Continue Jury Selection, but did so subject to the defendant filing a speedy trial waiver within one week of the Court's order.

6.    Attorney Dennis appears unable to obtain such a waiver from the defendant, because the defendant is seeking to dismiss Attorney Dennis.

Wherefore, the United States requests that the Court order a status conference in this case, to determine the state of the defendant's representation.

                                        Respectfully submitted,

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY

                                            /s/
                                        DAVID A. RING
                                        ASSISTANT U. S. ATTORNEY
                                        157 Church Street
                                        P.O. Box 1824
                                        New Haven, Connecticut   06510
                                        (203) 821-3700
                                        Federal Bar No. CT14362

## CERTIFICATION OF SERVICE

This is to certify that the within and foregoing has been sent via facsimile and first-class mail this 19th day of May 2005, to:

Thomas Dennis, Esq.
Federal Public Defender
District of Connecticut
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106



                                       _____/s/_____
                                        DAVID A. RING
                                        ASSISTANT UNITED STATES ATTORNEY

cc:    Chukwu Oko, Esq., 713-271-0725 (fax)