UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Docket No. |
| | : | 3:03 CR 274 (CFD) |
| ANDUZE ALEXANDER | : | |

**ORDER**

The Court hereby excludes the period of time from May 18, 2005 through June 6, 2005, for the reason that the ends of justice served by excluding this period outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A). The Court finds that the additional time is needed to allow the parties reasonable time necessary for effective preparation and for the defendant to consult with counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties are hereby ORDERED to attend a hearing on **June 6, 2005** at **2:00 p.m.** to discuss whether Mr. Alexander is requesting the appointment of new counsel in this matter.

So ordered this __25th__ day of May 2005, at Hartford, Connecticut.

        /s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**