UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR274(CFD) |
| ANDUZE ALEXANDER | : | June 6, 2005 |

## MOTION TO TRANSFER

The Defendant, Anduze Alexander, moves, pursuant to Rule 21(b) of the Federal Rules of Criminal Procedure, to transfer the above captioned case from the District of Connecticut to the Southern District of Texas, for the reason that such a transfer will be in the interests of justice and will result in a trial at a location that is significantly more convenient to the defendant and the majority of the witnesses in this case.

In support of this Motion, Mr. Alexander respectfully refers the Court to the Memorandum of Law, filed herewith.

Respectfully submitted,

THE DEFENDANT,
ANDUZE ALEXANDER

Dated: June 6, 2005      /s/
Thomas G. Dennis
Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05100
(860) 493-6260

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion to Transfer has been mailed to David Ring, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 6th day of June 2005.

/s/
Thomas G. Dennis

- 2 -

- 2 -