UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | DOCKET NO. 3:03CR274 (CFD) |
| | : | |
| ANDUZE ALEXANDER | : | |

**O R D E R**

WHEREAS a motion has been made based upon the United States Marshals Transportation Expenses Act, Title 18 U.S.C. § 4285, for payment of non-custodial transportation expenses necessary for the defendant to travel from Houston, Texas to appear in the U. S. District Court for the District of Connecticut on June 23, 2005; and

WHEREAS this Court has previously found that Mr. Alexander is indigent within the meaning of the Criminal Justice Act, 18 U.S.C. § 3006A(a) and further finds that Mr. Alexander lacks the funds necessary to pay for the transportation in question; and

WHEREAS the interests of justice would be served by the payment indicated below; it is hereby

**ORDERED** that the United States Marshal shall pay for a one-way airfare ticket for the defendant, Anduze Alexander, to travel from Houston, Texas to Hartford, Connecticut on June 23, 2005.

Dated at Hartford, Connecticut this ___15th___ day of June, 2005.

                                                /s/ CFD
                                                CHRISTOPHER F. DRONEY
                                                UNITED STATES DISTRICT JUDGE