UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | :    DOCKET NO. 3:03CR274(CFD) |
| ANDUZE ALEXANDER | : |

### MOTION FOR ORDER DIRECTING PAYMENT OF TRANSPORTATION EXPENSES

The defendant, Anduze Alexander, respectfully moves this Court for an order directing the United States Marshal to pay transportation expenses necessary for the defendant to travel from Hartford, Connecticut to Houston, Texas on June 24, 2005. This motion is based upon the United States Marshals Transportation Expenses Act, Title 18 U.S.C. § 4285, and the previous determination by this Court that Mr. Alexander is indigent within the meaning of the Criminal Justice Act, 18 U.S.C. § 3006A(a). Mr. Alexander lacks the funds necessary to pay for the transportation.

Respectfully submitted,

THE DEFENDANT,
ANDUZE ALEXANDER

Dated: June 24, 2005

Thomas G. Dennis
Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05100
(860) 493-6260

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing motion has been mailed to David Ring, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 065008, on this 24th day of June 2005.

Thomas G. Dennis

*[Handwritten notation in margin: "Granted. So ordered. /s/ 6/24/05"]*