UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT    2005 JUN 27  A 8: 50

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.  3:03CR274(CFD) |
| ANDUZE ALEXANDER | : | |

ORDER

WHEREAS a motion has been made based upon the United States Marshals Transportation Expenses Act, Title 18 U.S.C. § 4285, for payment of non-custodial transportation expenses necessary for the defendant to travel from Hartford, Connecticut to Houston, Texas on June 24, 2005; and

WHEREAS this Court has previously found that Mr. Alexander is indigent within the meaning of the Criminal Justice Act, 18 U.S.C. § 3006A(a) and further finds that Mr. Alexander lacks the funds necessary to pay for the transportation in question; it is hereby

ORDERED that the United States Marshal shall pay for a one-way non-stop airfare ticket for the defendant, Anduze Alexander, to travel from Hartford, Connecticut to Houston, Texas on June 24, 2005.

Dated at Hartford this __24th__ day of June, 2005.


Christopher F. Droney
United States District Judge